PEOPLE V SPARKS, No. 136519. Leave to appeal denied at 482 Mich 1031. Court of Appeals No. 283273.

ICHESCO V KIRCHER, No. 136683. Leave to appeal denied at 482 Mich 977. Court of Appeals No. 272905.

PEOPLE V HADRIAN, No. 136741. Leave to appeal denied at 482 Mich 1018. Court of Appeals No. 277880.

UNITY APOSTOLIC CATHEDRAL V WAYNE COUNTY TREASURER, No. 136908. Leave to appeal denied at 482 Mich 1035. Court of Appeals No. 263499.

PEOPLE V RONALD HARRIS, No. 136910. Leave to appeal denied at 482 Mich 1035. Court of Appeals No. 270621.

PEOPLE V SIMMONS, No. 136914. Leave to appeal denied at 482 Mich 1035. Court of Appeals No. 285409.

MENTOR TOWNSHIP V HOY, No. 136941. Leave to appeal denied at 482 Mich 992. Court of Appeals No. 283469.

PEOPLE V RUDDENE MILLER, No. 136944. Leave to appeal denied at 482 Mich 1035. Court of Appeals No. 276589.